IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL ERIC COBBLE, | ) | |
| GDC 758572, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:19-CV-907-WHA |
| | ) | |
| GEORGIA GOVERNMENT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This 28 U.S.C. § 2241 petition for writ of habeas corpus is before the court on the November 21, 2019, Recommendation of the Magistrate Judge. Doc. 4. Upon review of the Recommendation and the objection to the Recommendation filed by Petitioner (Doc. 6), and after an independent review of the file, it is

ORDERED that:

1. The Objection to the Recommendation is OVERRULED;

2. The Recommendation of the Magistrate Judge is ADOPTED;

3. Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 5) is DENIED as moot;

4. This case is DISMISSED without prejudice for lack of jurisdiction.

A separate Final Judgment will be entered.

Done, this 10th day of December 2019.


    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE